*Amended Complaint*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida
Jacksonville Division

| | |
|---|---|
| DARRELL ANTHONY MITCHELL <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> CORIZON LLC an out of state Corporation registered and doing business in Florida et. al. <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. 3:17-CV-581-J-39MCR <br> *(to be filled in by the Clerk's Office)* <br><br> FILED 2017 AUG 11 AM 8:29 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DISTRICT |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: DARRELL ANTHONY MITCHELL
   All other names by which you have been known:
   ID Number: #097510
   Current Institution: Columbia Correctional Institution
   Address: 253 S.E. Corrections Way
   Lake City, Florida 32025

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Corizon, LLC, et. al.
   Job or Title (if known): Health care Provider
   Shield Number:
   Employer:
   Address: 103 Powell Court
   Brentwood, TN 37027
   ☑ Individual capacity   ☑ Official capacity

   Defendant No. 2
   Name:
   Job or Title (if known):
   Shield Number:
   Employer:
   Address:
   ☐ Individual capacity   ☐ Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name _____
  Job or Title (if known) _____
  Shield Number _____
  Employer _____
  Address _____
  City ___ State ___ Zip Code ___
  ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
  Name _____
  Job or Title (if known) _____
  Shield Number _____
  Employer _____
  Address _____
  City ___ State ___ Zip Code ___
  ☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

See attached Page
Eighth Amendment of the United States Constitution

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See attached Page

**III.**    **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

**IV.**    **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

    B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

I was at Baker Correctional Institution 20706 U.S. Highway 90 West Sanderson, Florida 32087 when my event giving rise to my claim.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

The Defendant Corizon LLC would not approve a Corrected surgery after be requested by a surgeon on January 17-2016

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The result of a surgery on september 13-2012 that lefted Plaintiff Completely Paralyzed on the right side of his face. The Defendant refused to approve a Corrected surgery. The Plaintiff was denied the Consultation after it was requested by Dr. Fares under Contact with FDOC.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The Plaintiff have difficulties eating and swallowing, his speech is unintelligent, unable to close his right eye. also unable to breath out of his nose on the right side of his face. The Defendant denied all Corrected treatment.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

The Plaintiff wants the Court to order the Defendant to approve the Corrected surgery that was order by Dr. Fares. The Plaintiff also wants the Court to order the Defendant to awarde the Plaintiff amount of 500.000.00 In Punitive damages.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

The Plaintiff was confined at Baker Correctional Institution 20706 U.S. Highway 90 West Sanderson, Florida 32087

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Eighth Amendment of the United States Constitution failuring to Provide adequate health care to the the Plaintiff.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

The Plaintiff file a grievance at Columbia Correctional Institution 253 S.E. Corrections Way Lake City, Florida 32025

2. What did you claim in your grievance?

How The Defendant In this action has denied orders and recommendations to Perform a Corrected Surgery order by a surgical.

3. What was the result, if any? All grievances that the Plaintiff file was sent back denied.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

The Plaintiff completed the grievance Process. The Plaintiff also filed a Writ of mandamus In Leon County Court   see exhibit - I-2

Page 7 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   _____

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   _____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. The Plaintiff filed a Complint for Writ of Mandamus In Leon County Court See exhibit - 1

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) DARRELL ANTHONY MITCHELL
   Defendant(s) Florida Department of Corrections / Corizon LLC The Health Care Provider.

2. Court *(if federal court, name the district; if state court, name the county and State)*
   LEON County Court Tallahassee, Florida

3. Docket or index number
   Case NO: 14-b-16664

4. Name of Judge assigned to your case
   unknown

5. Approximate date of filing lawsuit
   2-16-2016

6. Is the case still pending?

   ☒ Yes

   ☐ No

   If no, give the approximate date of disposition.

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   The Case is still Pending See Exhibit

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____
   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____
   _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-29-2017

Signature of Plaintiff: Darrell Mitchell
Printed Name of Plaintiff: DARRELL Mitchell
Prison Identification #: 097510
Prison Address: Columbia Correctional Institution
253 S.E Corrections Way
Lake City, Florida 32025

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
Telephone Number: _____
E-mail Address: _____

## II. Basis for Jurisdiction

The Plaintiff in this action alleges that the Defendant Corizon, LLC violated the Plaintiff Eighth Amendment of the united states Constitution

## II. D

The Defendant Corizon, LLC at all times acted under color of state Law.

An out of state corporation registered and doing business in florida Prison selected as the health care Provider by the Florida Department of Corrections.

1. The Defendant exercised deliberate indifference to Plaintiff health by failing to Provide adequate Medical care.

2. The Defendant would not approve a corrected Surgery after being referred to a surgeon for a Surgical Consultation.

3. The Defendant reasons for refusing the recommedating of the surgeon was not giving to the Plaintiff or documented in the Plaintiff Medical file.

4. The Defendant action failureing to carry out a Medical order establish delerately

**Indigent Paper**

indifferent to a serious medical need.

5  The Plaintiff alleged that He was diagnosed of a serious medical need and were either not being referred to a surgeon for a surgical consultation and eventual surgery.

6  Or were being denied the surgical consultation after it was requested by a Prison doctor.

## V. Injuries

1  As a result of the Defendant failureing to act In a timely manner the Plaintiff suffer a deliberate indifference from the action of the Defendant In this action.

2  The Plaintiff has been Communicating that his medical issues caused by the surgery have become Worst.

3  Affecting him on a daily basis. from the time he gets up in the morning until he goes to sleep at night.

4  And most of the time Prevent a regular night of sleep for him.

**Indigent Paper**

# Statement of Claim

1  On September 13, 2012 the Plaintiff was seen by Dr. Aguilar from Memorial Hospital in Jacksonville Florida.

2  At that time Dr. Aguilar was under contract with the Florida Department of Corrections (DOC) for inmates housed in FDOC.

3  Dr. Aguilar recommended that the Plaintiff have to remove a lump in front of his right ear.

4  The surgery was performed by Dr. Aguilar on the stated date of September 13-2012.

5  The result of the surgery lefted the Plaintiff completely paralyzed on the right side of his face.

6  Unable to move or feel the right side of his face unable to close his right eye.

7  His mouth area is deviated into a semicircle pattern.

8  The Plaintiff had difficulties eating and swallowing liquids and his speech is unintelligent.

9  On May 3, 2013 the Plaintiff had surgery at North Florida Hospital to correct his right eyelid.

10  Dr. Lessner under contract with FDOC.

11  The result of the surgery by Dr. Lessner still lefted The Plaintiff unable to close his right eye.

12  Visual acuity has been lost in the right eye.

13  The Plaintiff was at Baker Correctional Institution when the Chief Medical official Mrs. Parrish on or about November of 2013 submitted a Surgical Consultation.

14  ON January 17, 2014 the Plaintiff was see by Dr. Fares also under Contact with the FDOC.

15  After the examination by Dr. Fares He recommended surgery to correct the medical complications that the Plaintiff has been experiencing.

16  When the Plaintiff was seen by Dr. Fares on January 17, 2014 Medical recommendations have been made that surgery is needed to include therapy for the Plaintiff's medical issues.

17  However the Medical Provider Corizon, LLC has refused to approve any surgery or therapy.

18  And the Plaintiff continues to suffer a deliberate indifference from the action of Corizon, LLC.

19  The Plaintiff has been communicating with the medical staff about the medical issues that affecting the Plaintiff on a daily basis.

20. From the time the Plaintiff gets up in the Morning until He goes to sleep at night and most of the time Prevent a regular night of sleep for the Plaintiff.

21. The Plaintiff alleges that the Defendant Corizon, LLC acted under Color of state Law.

22. The Defendant was aware of the Plaintiff Serious Medical need.

23. The Defendant failed to respond to the Surgical Consultation after it was requested by a Prison doctor.

24. The Defendant acted in a way or failed to act in a way that led to the violation of the Plaintiff Eighth Amendment to the U.S. Constitution.

25. The reason for refusing the recommendation of the Surgeon was not giving to the Plaintiff or documented in the Plaintiff Medical file.

26. The Plaintiff attempts to achieve administrative relief by using the Prisoner grievance Procedure available at FDOC to try and solve the Problem.

27. ON 2-16-2016 the Plaintiff Presented the facts relating to this complaint.

28. ON or about 3-18-2016 the Plaintiff was sent a response saying the grievance had been denied.

29  ON 3-20-2016 the Plaintiff appealed the denial of the gievance and received no response.

### The Duty of Defendant

1  The Defendant acted under color of states Law failed to Provide adequate health care to a serious medical need.

2  The Defendant owed the Plaintiff a duty of reasonably care.

3  The Defendant breached that duty by failing to carry out medical orders when recommended by a surgical.

4  The Defendant had a Policy and Practice of doing this.

5  And that this alleged Policy violated the Eighth Amendment to the Plaintiff Constitution right.

6  The action of the Defendant caused the Plaintiff Pain. suffeing Physical injury and emotional distess.

Indigent Paper

## Statement of Claim

The actions of Corizon and Centurion of delay or unreasonably refused to perform surgery and therapy when recommended by a surgical. I am being subject to cruel and unsual punishment failure to provide adequate medical care to a serious medical need.

I continues to suffer a deliberate indifference from the actions of Corizons and Centurion the delay or unreasonably to approve a corrected surgery after being consult and recommended by a surgical that affect me on a daily basis.

## Nature of Relief Sought

I hereby requests that the Florida Department of Corrections override the medical denial from its medical provider Corizon and Centurion and approve the long awaiting much needed surgery and therapy.

I has been communication with the medical Department at Columbia C I Annex that the medical issues caused by the severance of the facial nerve have become worst.

Legal Indigent Supply

Darrell Mitchell
# 097510